■ CATHERINE BONNER et al., Respondents, v EDWARD E. LEE et al., Appellants, and FRED C. ARNOLD et al., Doing Business as GENERAL TAXI, Respondents. (Appeal No. 3.) [679 NYS2d 864] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Ontario County, Cornelius, J.—Set Aside Verdict.) Present—Green, J. P., Pigott, Jr., Balio and Fallon, JJ.

■ In the Matter of HERMAN HEATH, Petitioner, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [681 NYS2d 708] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioner was found guilty after a Tier III hearing of violating inmate rules 100.13 (7 NYCRR 270.2 [B] [1] [iv] [fighting]) and 106.10 (7 NYCRR 270.2 [B] [7] [i] [failing to obey promptly an order of a correction officer]). The misbehavior report, together with the author's testimony, constitutes substantial evidence supporting the determination (*see, Matter of Green v Williams*, 252 AD2d 974; *Matter of Rivers v Williams*, 252 AD2d 986). The testimony of petitioner and the inmate witness called by him to testify merely raised an issue of credibility for the Hearing Officer to resolve (*see, Matter of Foster v Coughlin*, 76 NY2d 964, 966). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.